UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DEVOS, LTD., also doing business as
GUARANTEED RETURNS,

           Plaintiff,

-against-

JACOB RECORD, GREG OLSON, MICHAEL
GRANADOS, SHAWN OUCHI, OUTDATE RX
LLC and JOHN DOES 1-10,

           Defendants.
------------------------------------------------------------------x

**TEMPORARY RESTRAINING ORDER**

15CV6916 (ADS)(AYS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 18 2015 ★
LONG ISLAND OFFICE

**SPATT, District Judge:**

As set forth more fully in the record of proceedings dated December 17, 2015, sufficient cause now appearing therefor, it is hereby

**ORDERED**, that, pending the preliminary hearing scheduled for Monday, December 21, 2015, or further order of this Court, the Defendants are temporarily restrained and enjoined from communicating, contacting, and/or soliciting any customers of the Plaintiff Devos, Ltd. a/d/b/a Guaranteed Returns, in violation of the Agreements, which form the subject matter of this action; and it is further

**ORDERED**, that service of this Temporary Restraining Order, by e-mail, facsimile, FedEx, or other overnight carrier, upon counsel for the Defendants, Michael McClellan, Esq., shall be deemed good and sufficient service.

It is **SO ORDERED**

Dated:    Central Islip, New York    s/ Arthur D. Spatt
           December 18, 2015          _____
                                          ARTHUR D. SPATT
                                          United States District Judge