DATE: __December 21, 2015__

BEFORE: SPATT, U.S.D.J.                                      AT: __10:30__
                                                                (30 mins)

## CIVIL CAUSE FOR ORDER TO SHOW CAUSE

DOCKET NUMBER: __CV-15-6916__

TITLE: __DEVOS, LTD.   v.  JACOB RECORD, et al.__

APPEARANCES: For Plaintiff:   __Douglas E. Rowe, Esq.__

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  DEC 21 2015  ★
LONG ISLAND OFFICE

For Defendant:   __Michael M. McClellan, Esq.__

C/R  Stephanie Picozzi

__✓__ Case called.

__✓__ Counsel for all parties present.

____ Counsel for _____ not present.

__✓__ Order to Show Cause held.

____ O.S.C. granted.      ____ O.S.C. denied.

__✓__ Decision reserved.

____ Plaintiff/Defendant to settle order on notice.

__✓__ Other: Oral arguments held on the record.