UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEVOS, LTD., also doing business as GUARANTEED RETURNS,

                                    Plaintiff,

-against-

JACOB RECORD, GREG OLSON,
MICHAEL GRANADOS, SHAWN OUCHI,
OUTDATE RX LLC and JOHN DOES 1-10,

                                    Defendants.
-----------------------------------------------------------------X

Docket No.: 15-CV-6916
              (ADS)(AYS)

**REQUEST FOR CERTIFICATE OF DEFAULT**

To:    DOUGLAS C. PALMER
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YOEK

Please enter the default of defendants, Jacob Record, Greg Olson, Michael Granados, Shawn Ouchi and Outdate Rx LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Anthony W. Cummings, Esq.

Dated: East Meadow, New York
         March 18, 2016

                          **CERTILMAN BALIN ADLER & HYMAN, LLP**
                          *Attorneys for Plaintiff DEVOS, LTD., also doing business as GUARANTEED RETURNS*

                          By: _____
                              ANTHONY W. CUMMINGS, ESQ.
                              90 Merrick Avenue, 9th Floor

3285771.1

East Meadow, New York 11554
P: 516.296.7000
F: 516.296.7111
acummings@certilmanbalin.com